L6NNKROA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA,

        v.                                19 Cr. 338 (GHW)

MOAZU KROMAH, AMARA CHERIF,
and MOHAMED SURUR,

           Defendants.              Arraignment

------------------------------x

                              New York, N.Y.
                              June 23, 2021
                              10:20 a.m.

Before:

                     HON. GREGORY H. WOODS,

                                  District Judge

                      APPEARANCES

AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York
BY:  KAYLAN LASKY
    Assistant United States Attorney

JEFFREY CHABROWE
    Attorney for Defendant Kromah
GUY OKSENHENDLER
    Attorney for Defendant Cherif

ANGUS J. BELL
    Attorney for Defendant Surur

ALSO PRESENT:

Lanzay Kandeh, Interpreter (Mandingo)
Bachar Alhalabi, Interpreter (Arabic)

L6NNKROA

```
1
2                    (Case called)
3            THE DEPUTY CLERK:  Counsel, please state your
4    appearances for the record.
5            MS. LASKY:  Good morning, your Honor.  Kaylan Lasky,
6    for the government.
7            THE COURT:  Thank you, good morning.
8            MR. OKSENHENDLER:  Good morning, your Honor.
9            Guy Oksenhendler, for Amara Cherif.
10           THE COURT:  Thank you.  Good morning.
11           MR. BELL:  Good morning, Judge.
12           James Bell, for Mr. Surur.
13           THE COURT:  Thank you.
14           MR. CHABROWE:  Good morning, your Honor.
15           Jeff Chabrowe, for Moazu Kromah.
16           THE COURT:  Thank you very much.  Good morning.
17           So, first, thank you all for being here.  Let me just
18   note for the record that we are using of services of an
19   interpreter for today's proceedings -- actually, two
20   interpreters for today's proceeding.  I would like to invite
21   each of the defendants to let me know if you have any
22   difficulty hearing or understanding anything that is said to me
23   or to you or by any of the lawyers during the course of today's
24   proceeding.  Again, please do not hesitate to let me know if
25   you have any difficulty hearing or understanding anything
```

L6NNKROA

1    that's said here today.

2              So the purpose of this proceeding is relatively

3    straightforward.  I expect to take up two principal pieces of

4    business.

5              First, yesterday I ordered unsealed a superseding

6    indictment in this case, which is numbered S1 19 Cr. 338.  So

7    my expectation is to arraign the defendants with respect to

8    that indictment.  The purpose of that to make sure that each of

9    you have a copy of the newly unsealed superseding indictment,

10   to inform you of the charges against you, and to take your

11   pleas.

12             After that, I expect to discuss what it is that we

13   will do next in this case.  So that's my agenda.

14             Counsel for the United States, is there anything else

15   that I should add to my agenda for this proceeding?

16             MS. LASKY:  No, your Honor.

17             THE COURT:  Counsel for each of the defendants, let me

18   turn to each of new turn.

19             MR. OKSENHENDLER:  No, your Honor.

20             MR. BELL:  No, Judge.  Thank you.

21             MR. CHABROWE:  No, your Honor.

22             THE COURT:  Good.  Thank you very much.

23             Let me begin.

24             So, for each of the defendants, you have each been

25   named in the superseding indictment that I have described which

L6NNKROA

1    is numbered S1 19 Cr. 338.  As we proceed I am going to ask

2    each of you certain questions to ensure that you have been

3    provided a copy of the indictment, that you are aware of its

4    terms and conditions.

5            Let me turn first to Mr. Kromah.

6            Mr. Kromah, have you seen a copy of the superseding

7    indictment?

8            DEFENDANT KROMAH:  I didn't get a copy.

9            THE COURT:  Thank you.

10           Counsel?

11           MR. OKSENHENDLER:  Judge, we just received -- this is

12   Mr. Oksenhendler, Mr. Cherif's attorney, but we discussed that

13   I would speak on behalf of counsel.

14           We just received the hard copies of the indictments,

15   but we did get e-mails earlier notifying us that the S1 was

16   filed and understanding the nature of the changes from the S1

17   to the underlying indictment now, the changes don't relate to

18   our clients.

19           We collectively spoke to our clients individually

20   about that fact, so while they didn't see a hard copy of it, we

21   did discuss the contents of the S1 indictment with our clients.

22           THE COURT:  Thank you.

23           Has the indictment been translated for them?

24           MS. OKSENHENDLER:  I would say no it hasn't been

25   translated word for word.  I sometimes speak when I meet with

L6NNKROA

1    my client Mr. Cherif in English.  He understands that.  We have

2    the aid of an interpreter here, so that there's no question

3    about his understanding of the proceeding, but when I explained

4    to him the difference in nature between the two indictments, he

5    indicated to me that he understood explicitly what I was

6    explaining to him.

7                THE COURT:  Thank you.  So let me ask each of the

8    defendants' counsel the following basic question, which is, are

9    the defendants prepared to be arraigned with respect to the

10   superseding indictment at this time?

11               MS. OKSENHENDLER:  Yes, your Honor.

12               THE COURT:  Thank you.

13               MR. BELL:  As to Mr. Surur, yes, Judge.

14               MR. CHABROWE:  Yes, as to Mr. Kromah.  Thank you.

15               THE COURT:  Thank you.

16               So let me turn to Mr. Kromah.

17               Mr. Kromah, have you had the opportunity to discuss

18   the indictment with your counsel?

19               DEFENDANT KROMAH:  We did, your Honor.

20               THE COURT:  Thank you.  Have you had an opportunity to

21   discuss the superseding indictment with your counsel?

22               DEFENDANT KROMAH:  You mean the new indictment, your

23   Honor?

24               THE COURT:  Yes.

25               DEFENDANT KROMAH:  I haven't seen that before.  This

L6NNKROA

1    is the first time.

2          THE COURT:  Thank you.  So my understanding from

3    Mr. Kromah's statement is that he has not seen the indictment,

4    as, counsel, you just described.

5          Counsel, it's not apparent to me that the defendants,

6    or at least Mr. Kromah, is prepared to be arraigned right now

7    in the sense that he's telling me that he has not seen a copy

8    of the indictment.  I want to make sure that each of the

9    defendants has had an ample opportunity to review the

10   indictment with their counsel so I can ensure that they

11   understand what it is that they have been charged with in it.

12         Let me turn again to the underlying question in light

13   of Mr. Kromah's responses to my questions.  Are the defendants

14   prepared to be arraigned with respect to the charges in the

15   superseding indictment at this time?

16         MS. OKSENHENDLER:  Well, then I will only speak for

17   Mr. Cherif, but Mr. Cherif I believe is prepared to plead not

18   guilty to the superseding indictment based on my explanation of

19   the charges in the superseder to him.

20         MR. CHABROWE:  Your Honor, I believe Mr. Kromah is as

21   well.  I had this discussion with him.  I think he just might

22   not be completely understanding in the context of what we

23   already spoke about.  If I could have a brief conversation with

24   him.

25         THE COURT:  Thank you.  That's fine.

L6NNKROA

1          Let me do this.  I'm happy to step down from the bench
2    to give counsel the opportunity to spend more time with each of
3    the defendants with respect to the superseding indictment.  I
4    want to make sure that each of the defendants has seen the
5    superseding indictment and has had an ample opportunity to
6    discuss it with his counsel.

7          I'm happy to step down to provide you, counsel, with
8    additional time to work with them with the assistance of the
9    interpreters who are here today.  That's my proposal.  Please
10   let me know, counsel, when you're ready for me to take the
11   bench.  Again, I will come back momentarily.

12         Please let Ms. Joseph know when you're ready to
13   proceed.

14         (Recess)

15         THE COURT:  Thank you, you can be seated.  Good.

16         So I am back on the bench after a recess to permit
17   each of the defendants to confer with their respective counsel.
18   What I'd like to do now is to turn back first to Mr. Kromah.

19         Mr. Kromah, have you seen a copy of the new
20   indictment?

21         DEFENDANT KROMAH:  Yes, I've seen it.

22         THE COURT:  Thank you.  Have you had the opportunity
23   to review the indictment and to discuss it with your counsel?

24         DEFENDANT KROMAH:  Yes, I did.

25         THE COURT:  Thank you.

L6NNKROA

1                Mr. Cherif, let me turn to you.

2                Have you seen a copy of the new indictment?

3                DEFENDANT CHERIF:  Yes.

4                THE COURT:  Thank you.  Have you had the opportunity

5        to review with your counsel the new indictment and to discuss

6        it with your counsel?

7                DEFENDANT CHERIF:  Yes, I did, your Honor.

8                THE COURT:  Thank you.  Let me turn now to Mr. Surur.

9        Mr. Surur, have you seen a copy of the new indictment?

10               DEFENDANT SURUR:  Yes.

11               THE COURT:  Thank you.  Have you had the opportunity

12       to review the new indictment with your -- to review the new

13       indictment and to discuss it with your counsel?

14               DEFENDANT SURUR:  Yes.

15               THE COURT:  Thank you.  So let me turn to counsel for

16       the United States.

17               Counsel, can I ask you to please summarize the charges

18       on which each of the defendants are being arraigned today.

19               MS. LASKY:  Yes, your Honor.

20               So each of the defendants is being arraigned on the

21       same counts as was present in the initial indictment which was

22       previously filed in this case.  The only count that is changing

23       is the final count with respect to the narcotics conspiracy,

24       your Honor, which charges an additional defendant who is not

25       present here today.

L6NNKROA

1              Your Honor, I can go through each of the counts, if it

2      would be helpful, your Honor, as to the prior indictment.

3              THE COURT:  Thank you.  Please do.

4              MS. LASKY:  Okay.

5              Your Honor, in Count One, Defendant Kromah, Defendant

6      Cherif, Defendant Surur and Defendant Ahmed are being charged

7      with conspiracy to commit wildlife trafficking.  This is in

8      violation, your Honor, of -- one moment -- Title 18 United

9      States Code Sections 371 and 3238.

10             In short, your Honor, they are accused of conspiring

11     from at least in or about December 2012 through at least in or

12     about May 2019 with conspiring with each other and with others

13     known and unknown to transport, distribute, sell and smuggle at

14     least approximately 190 kilograms of rhinoceros horns and at

15     least approximately 10 tons of elephant ivory from various

16     countries in Africa to buyers in the United States and

17     countries located in southeast Asia.

18             In addition, your Honor, in Count Two, the defendants,

19     Defendant Kromah, Defendant Cherif, Defendant Surur and

20     Defendant Ahmed, are accused of wildlife trafficking in

21     violation of the Lacey Act, which involves from in or about

22     February 2018, through in or about March 2018, here in the

23     Southern District and elsewhere, with transporting, selling,

24     receiving, acquiring, purchasing, importing, and exporting

25     wildlife with a market value in excess of $350 in interstate

L6NNKROA

1    commerce in violation of foreign law.

2            And Count Three, your Honor, there's a further

3    wildlife trafficking and violation of the Lacey Act, and that

4    one accuses Defendant Cherif, Defendant Surur and Defendant

5    Ahmed from in or about May 2018 through July 2018 with

6    knowingly importing, exporting, transporting, selling,

7    receiving, acquiring, and purchasing wildlife with a market

8    value in excess of $350 in interstate and foreign commerce in

9    violation of foreign law.

10            And, finally, Count Four, your Honor, that is the

11   money laundering conspiracy count.  In that count Defendants

12   Kromah, Cherif and Defendant Surur are accused of from in or

13   about February 2018 through in or about April 2018, with

14   knowingly and intentionally conspiring to violate Title 18

15   United States Code 1956(a) and various subsections, your Honor.

16            THE COURT:  Thank you.  I understand that each of the

17   first four counts names each of the three defendants who are

18   here, and that only Mr. Surur is charged in Count Five.

19            Is that right?

20            MS. LASKY:  Yes, your Honor.

21            THE COURT:  Good.  Thank you very much.  So I am going

22   to turn to each of the defendants.  First I am going to begin

23   with you, Mr. Kromah.

24            Mr. Kromah, you have the right for me to read the

25   indictment to you out loud on the record here now.  I would be

L6NNKROA

1    happy to do that.  You can also waive that right.  Would you

2    like for me to read the indictment to you on the record?

3              DEFENDANT KROMAH:  No, I understood everything.

4              THE COURT:  Thank you.

5              Counsel for Mr. Kromah, do you waive formal reading of

6    the indictment?

7              MR. CHABROWE:  Yes, your Honor.  I'm so sorry.

8              THE COURT:  Thank you.  That's fine.

9              Mr. Cherif, let me turn to you.

10             Mr. Cherif, you also have the right for me to read the

11   indictment to you out loud here on the record, and I would be

12   happy to do that.  You can also waive that right.  Would you

13   like for me to read the indictment to you on the record,

14   Mr. Cherif?

15             DEFENDANT CHERIF:  No, I understood everything.

16             THE COURT:  Thank you.

17             Counsel for Mr. Cherif, do you waive formal reading of

18   the indictment?

19             MS. OKSENHENDLER:  Yes, your Honor.  I formally waive

20   the public reading of the indictment.

21             THE COURT:  Thank you.

22             Mr. Surur, let me turn to you.

23             Mr. Surur, you have the right for me to read the

24   indictment to you out loud here on the record.  I would be

25   happy to do that.  You can also waive that right.  Would you

L6NNKROA

```
 1   like for me to read the indictment to you now on the record?
 2              THE INTERPRETER:  Judge, I'm having trouble hearing.
 3   I'm sorry.
 4              THE COURT:  Thank you.
 5              DEFENDANT SURUR:  What are the charges against me.
 6              THE COURT:  Thank you.  Would you like me to read the
 7   indictment to you on the record, Mr. Surur?
 8              DEFENDANT SURUR:  No.
 9              THE COURT:  Counsel, do you waive formal reading of
10   the indictment?
11              MR. BELL:  Yes, your Honor.
12              THE COURT:  Thank you.  So I am going to ask each of
13   the defendants or all of the defendants to please stand.
14              Would you please stand.  Thank you.
15              So, first, Mr. Kromah, do you understand what it is
16   that you have been charged with?
17              DEFENDANT KROMAH:  Yes.  I understood it, your Honor.
18              THE COURT:  Thank you.
19              Mr. Cherif, do you understand what it is that you have
20   been charged with?
21              DEFENDANT CHERIF:  Yes, I understood, your Honor.
22              THE COURT:  Thank you.
23              Mr. Surur, do you understand what it is that you have
24   been charged with?
25              DEFENDANT SURUR:  Yes.
```

L6NNKROA

```
1                THE COURT:  Very good.

2                Count One charges each of you with conspiracy to

3      commit wildlife trafficking in violation of Title 18, United

4      States Code, Sections 371 and 3238.

5                Mr. Kromah, how do you plead to this count?

6                DEFENDANT KROMAH:  Can you repeat that, your Honor.

7                THE COURT:  How do you plead to that count?  Do you

8      plead guilty or not guilty?

9                DEFENDANT KROMAH:  Not guilty.  I didn't do anything.

10               THE COURT:  Thank you.

11               Mr. Cherif, how do you plead to this count?

12               DEFENDANT CHERIF:  I'm not guilty.

13               THE COURT:  Thank you.

14               Mr. Surur, how do you plead to this count?

15               DEFENDANT SURUR:  Not guilty.

16               THE COURT:  Thank you.  Count Two charges you with

17     wildlife trafficking in violation of 16 United States Code,

18     Sections 3372(a)(2)(A) and 3373(d)(1)(B), Title 18, United

19     States, United States Code, Sections 3238 and 2.

20               Mr. Kromah, how do you plead to this count?

21               DEFENDANT KROMAH:  Not guilty, your Honor.

22               THE COURT:  Thank you.

23               Mr. Cherif, how do you plead to this count?

24               DEFENDANT CHERIF:  I didn't do anything.

25               THE COURT:  Thank you.  Do I understand that you plead
```

L6NNKROA

1    not guilty to that count, Mr. Cherif?

2              DEFENDANT CHERIF:  Not guilty.

3              THE COURT:  Thank you.

4              Mr. Surur, how do you plead to this count?

5              DEFENDANT SURUR:  Not guilty.

6              THE COURT:  Thank you.

7              Count Three charges you each of you with wildlife

8    trafficking in violation of 16 United States Code, Sections

9    3372(a)(2)(A) and 3373(d)(1)(B) at Title 18, United States

10   Code, Sections 3238 and 2.

11             Mr. Kromah, how do you plead to this count?

12             DEFENDANT KROMAH:  Not guilty.

13             THE COURT:  Thank you.

14             Mr. Cherif, how do you plead to this count?

15             DEFENDANT CHERIF:  Not guilty.

16             THE COURT:  Thank you.

17             Mr. Surur, how do you plead to this count?

18             DEFENDANT SURUR:  Not guilty.

19             THE COURT:  Thank you.

20             Count Four charges you with conspiracy to commit money

21   laundering, in violation of Title 18, United States Code,

22   Sections 1956(h) and 3238.

23             Mr. Kromah, how do you plead to this count?

24             DEFENDANT KROMAH:  Not guilty.

25             THE COURT:  Thank you.

L6NNKROA

1          Mr. Cherif, how do you plead to this count?

2          DEFENDANT CHERIF:  Not guilty.

3          THE COURT:  Thank you.

4          Mr. Surur, how do you plead to this count?

5          DEFENDANT SURUR:  Not guilty.

6          THE COURT:  Thank you.

7          Mr. Surur only, Count Five charges you with conspiracy

8    to distribute and possess with intent to distribute one

9    kilogram and more of mixtures and substances containing a

10   detectable amount of heroin, in violation of Title 21, United

11   States Code, Section 846; Title 18, United States Code, Section

12   3238.

13          How do you plead to this count, Mr. Surur?

14          DEFENDANT SURUR:  Not guilty.

15          THE COURT:  Thank you very much.  Your pleas of not

16   guilty are accepted.  You can be seated.  Thank you very much.

17          Good.  So let turn to counsel for the United States.

18          We scheduled this as a status conference with respect

19   to this matter.

20          What can you tell me about the status of the case?

21          MS. LASKY:  Yes, your Honor.

22          The government is engaged in discussions regarding

23   potential pretrial resolutions with each of the defendants and

24   discovery in general has been produced already.  There is a bit

25   of outstanding discovery in the way of ESI that was recently

L6NNKROA

1    received from foreign law enforcement.  With respect to Mr.

2    Surur's phone, his entire extraction was made available to

3    counsel and will be produced promptly when a drive is received.

4            The agents are still going through some of the ESI

5    that is outstanding on which there is a bit of a delay just

6    because it needs to be translated with respect to identified

7    data, but once that is done, then discovery will be completely

8    produced in this case, your Honor.

9            THE COURT:  Thank you.  Do you have a sense of the

10   timeline for completion of that production?

11           MS. LASKY:  I unfortunately don't, your Honor.  Based

12   on it being recently produced and the translation issues, it's

13   a bit hard to estimate, but we will work through it as

14   expeditiously as possible, your Honor.

15           THE COURT:  Thank you.  Does this apply only to

16   electronic device of Mr. Surur or does this apply to any of the

17   other defendants?

18           MS. LASKY:  Your Honor, it's primarily Mr. Surur, but

19   there is also additional ESI that we are reviewing and that we

20   are trying to determine if there is any additional information

21   to produce with respect to that.  We received it from

22   international authorities, so based on international shipping

23   delays and the translation issues, it is taking a bit more time

24   with respect to that.

25           THE COURT:  Thank you.

L6NNKROA

1          So, counsel, is there any update that you can provide

2     the Court regarding the status of the defendants who are not

3     yet present here?

4          MS. LASKY:  Your Honor, with respect to the unsealing

5     that was recently requested by the government of the

6     superseder, the hope there is for the unsealing to assist law

7     enforcement with attempting to locate and arrest that

8     defendant.  I do not have additional updates with respect to

9     Mr. Ahmed.

10          THE COURT:  Thank you.  Fine.  Understood.

11          Counsel for each of the defendants, I would like to

12     turn to you and ask if there is any information that you would

13     like to share with the Court.

14          Then would I like to hear from all of you what your

15     view is regarding the appropriate next steps in the case.

16          Mr. Oksenhendler, please go ahead.

17          MS. OKSENHENDLER:  Thank you, your Honor.

18          On behalf of defense counsel we have all recently

19     received a little bit more discovery.  I think there were two

20     batches of discovery that have recently been turned over by the

21     government.  I expect to have a little more discovery, and then

22     we need to get it to our clients.

23          Plea offers have been extended to all three of our

24     clients, your Honor, and we have all engaged in plea

25     negotiations with the government.  We are proceeding ahead in

L6NNKROA

1    trying to resolve the case so that it is disposed pretrial,

2    although that's no guarantee, but we all are endeavoring to

3    find that common ground with the government to resolve the

4    case.

5            I know that the government sent a letter to each of us

6    yesterday suggesting perhaps that we put the case over for one

7    further status conference, and we would agree with the

8    government with regard to that point, but we would ask that the

9    Court give us until early September to come back for the status

10   conference rather than the 30-day request that the government

11   had suggested.

12           So we would consent to an exclusion of time, and if

13   your Honor was so inclined to grant an adjournment for one

14   further status conference before the Court were to set a motion

15   schedule and a trial schedule in this matter in hopes of using

16   the summer to review the additional discovery, to further

17   discussions with the government with regard to pleas, and to

18   try and resolve the case before another status conference.

19           THE COURT:  Thank you.  Is that the position of all

20   three defendants?

21           Let me turn to counsel for Mr. Kromah and Mr. Surur.

22   Counsel?

23           MR. BELL:  Yes, Judge.

24           MR. CHABROWE:  Yes, your Honor.

25           THE COURT:  Good.  Thank you very much.

L6NNKROA

1          Counsel for the United States, any objection to the

2     defendants' proposal here?

3          MS. LASKY:  No, your Honor.

4          THE COURT:  Thank you.  So I am happy to adopt that

5     proposal and to set another status conference for this case for

6     sometime in September.

7          Ms. Joseph, can I ask you to please propose a date.

8          THE DEPUTY CLERK:  Wednesday, September 8, 2021, at

9     11:00 a.m.

10          THE COURT:  Thank you.  Counsel for the United States,

11     does that date and time work for you?

12          MS. LASKY:  Yes, your Honor.

13          THE COURT:  Thank you.

14          Let me ask counsel for each of the defendants, does

15     that date and time work for each of you?

16          First counsel for Mr. Kromah?

17          MR. CHABROWE:  Yes, your Honor.  That's fine.

18          THE COURT:  Thank you.

19          Mr. Counsel for Mr. Cherif?

20          MS. OKSENHENDLER:  Yes, your Honor.

21          THE COURT:  Thank you.

22          Counsel for Mr. Surur?

23          MR. BELL:  No objection.

24          THE COURT:  Very good.  Thank you very much.

25          Counsel for the United States, is there an application

L6NNKROA

1    to exclude time through our next conference date?

2                    MS. LASKY:  Yes, your Honor.  The government

3    respectfully submits that doing so would allow the parties to

4    engage in further pretrial discussions and also attend to the

5    remaining discovery in this matter.

6                    THE COURT:  Very good.

7                    Let me turn to each of the defendants' counsel.

8                    Counsel for Mr. Kromah, do you consent to the

9    exclusion of time?

10                    MR. CHABROWE:  No objection, your Honor.

11                    THE COURT:  Thank you.

12                    Counsel for Mr. Cherif, do you consent to the

13    exclusion of time?

14                    MS. OKSENHENDLER:  Yes, your Honor, I consent to the

15    exclusion of time.

16                    THE COURT:  Thank you.

17                    Counsel for Mr. Surur, do you consent to the exclusion

18    of time?

19                    MR. BELL:  Yes, Judge.  Thank you.

20                    THE COURT:  Thank you very much.

21                    I will exclude time from today until September 8,

22    2021.  After balancing the factors specified in 18 United

23    States Code Section 3161(h)(7), I find that the ends of justice

24    served by excluding such time outweigh the best interest of the

25    public and each of the defendants in a speedy trial, because it

L6NNKROA

1    will allow time for continued production of discovery and

2    review of these materials by each of the defendants and time

3    for the parties to negotiate a potential pretrial disposition

4    of the case.

5            Counsel, in the event that the case has not been

6    resolved by the time of that conference as to any defendant, I

7    do expect that we will take that opportunity to set a motion

8    schedule and potentially a trial date for the case.

9            Very good.

10           Anything else that we need to take up now before we

11   adjourn?

12           First, counsel for the government?

13           MS. LASKY:  Not from the government.  Thank you, your

14   Honor.

15           THE COURT:  Thank you.

16           Counsel for Mr. Kromah?

17           MR. CHABROWE:  No.

18           THE COURT:  Thank you.

19           Counsel for Mr. Cherif.

20           MS. OKSENHENDLER:  Yes, your Honor.

21           Just one question?

22           THE COURT:  Please.

23           MS. OKSENHENDLER:  Should we reach a disposition in

24   the case, would you prefer to take the plea or would you refer

25   it to magistrate court.

L6NNKROA

1             THE COURT:  Thank you.  By default I expect that I

2     will take the plea unless I am not here or on trial.

3             MS. OKSENHENDLER:  Very well, Judge.

4             THE COURT:  Thank you.

5             Counsel for Mr. Surur?

6             MR. BELL:  Nothing further.

7             THE COURT:  Thank you very much.

8             Thank you to each of the defendants.

9             This proceeding is adjourned.

10            MS. OKSENHENDLER:  Have a good day, Judge.

11            (Adjourned)

12

13

14

15

16

17

18

19

20

21

22

23

24

25