```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                                                           :
              -v -                                         :
                                                           :
                                                           :
ABDI HUSSEIN AHMED,                     :
                                                           :
                    Defendant.                             :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/7/2022

S1 19-cr-338 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, SAGAR K. RAVI and JARROD L. SCHAEFFER, Assistant United States Attorneys, of counsel, and with the consent of defendant ABDI HUSSEIN AHMED, by and through his attorney, the Court hereby finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, because it will permit the parties to continue discussions regarding a pretrial resolution of this matter. It is hereby ORDERED that the initial conference is adjourned to September 29, 2022 at 11:00 a.m.

Accordingly, it is ORDERED that the time from September 7, 2022, to September 29, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 178.

SO ORDERED.

Dated: September 7, 2022
       New York, New York

_____
HON. GREGORY H. WOODS
United States District Judge
Southern District of New York