```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                       -v-                                   :
                                                             :
                                                             :
    ABDI HUSSEIN AHMED,                                      :
                                                             :
                                              Defendant.     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2022

1:19-cr-338-GHW-4

ORDER

GREGORY H. WOODS, United States District Judge:

On September 6, 2022, counsel for the United States wrote the Court on behalf of both parties requesting an adjournment of the conference scheduled for September 9, 2022. Dkt. No. 178. The parties requested that the Court adjourn the conference to "a date and time convenient for the Court during the week of September 26, 2022." The Court granted that request by order entered on September 7, 2022. Dkt. No. 179. In its order, the Court adjourned the conference to September 29, 2022 at 11:00 a.m., consistent with the parties' request. Id.

On September 29, 2022, the defendant was produced to court. Counsel for the United States, a court reporter, and a specially-retained court interpreter all appeared for the scheduled conference. Counsel for the defendant did not. Accordingly, the Court requests that counsel for the United States and counsel for the defendant submit a joint letter with their respective positions regarding appropriate next steps in this case. That letter must be filed today, September 29, 2022.

Moreover, counsel for the defendant is ordered to show cause why he should not be sanctioned for his unexcused failure to appear at the scheduled conference ordered by the

2

Court. Counsel's response to this order to show cause must be filed no later than October 4, 2022.

SO ORDERED.

Dated: September 29, 2022
New York, New York

*[signature]*
GREGORY H. WOODS
United States District Judge