```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                     -v-                                       :
                                                               :
                                                               :
    ABDI HUSSEIN AHMED,                                        :
                                                               :
                                   Defendant.                  :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2022

1:19-cr-338-GHW-4

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on November 1, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 30, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge