USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,          :
:
-v-                                :          1:19-cr-338-GHW
:
ABDI HUSSEIN AHMED,                :          <u>ORDER</u>
:
                        Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through DAMIAN WILLIAMS United States Attorney for the Southern District of New York, SAGAR K. RAVI and JARROD L. SCHAEFFER, Assistant United States Attorneys, of counsel, and with the consent of the defendant, ABDI HUSSEIN AHMED, by and through his attorney, MATTHEW D. MYERS, it is hereby ORDERED that the status conference in this matter scheduled for December 16, 2022 is adjourned to February 6, 2023 at 1:00 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue discussions regarding a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through February 6, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 213.

SO ORDERED.

Dated:  December 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge