

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

# MEMORANDUM ENDORSED

April 27, 2023

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2023
```

<u>USA v. Abdi Hussein Ahmed</u>
19-cr-00338(GHW)

Your Honor:

We are scheduled for sentencing in this matter for May 11, 2023 at 10:00am. I have another important matter in EDNY which begins at 9:30am but may extend past 10:00a.m. That said, I understand there is an open time slot on your calendar the same day at 12:00pm. We request our sentencing be moved to the 12:00pm time slot. The Government consents to this request.

Respectfully,

/s/Matthew D. Myers
Counsel for Abdi Hussein Ahmed

Application granted. The sentencing hearing scheduled for May 11, 2023 at 10:00 a.m. will instead take place at 12:00 p.m. on the same day.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 235.

SO ORDERED.

Dated: April 28, 2023
New York, New York

GREGORY H. WOODS
United States District Judge