```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
    UNITED STATES,                                          :
                                                            :
                                                            :
                -v-                                         :
                                                            :
    ABDI HUSSEIN AHMED,                                     :
                                                            :
                                    Defendant.              :
                                                            :
----------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/28/2024 |

1:19-cr-338-GHW-4

ORDER

GREGORY H. WOODS, United States District Judge:

On May 11, 2023, the defendant was sentenced principally to a term of imprisonment of 48 months following his plea of guilty to charges of conspiracy to commit wildlife trafficking and conspiracy to distribute and possess with intent to distribute heroin.

The defendant's sentencing guidelines range was 57-71 months' imprisonment, based on an offense level of 25 and a criminal history category of I. The Bureau of Prisons currently projects that the defendant will be released from prison on December 17, 2025.

Effective November 1, 2023, in its Amendment 821, the United States Sentencing Commission ("Sentencing Commission") amended the United States Sentencing Guidelines Manual in two respects. Part A amends Guidelines § 4A1.1, by reducing from two (2) points to one (1) point the upward adjustment for offenders who committed the instant offense while under any criminal sentence, and by limiting this adjustment to defendants who received seven (7) or more criminal history points. Part B, in the part relevant here, amends Guidelines § 4C1.1, by providing a 2-level offense level reduction for offenders with zero (0) criminal history points who meet specified eligibility criteria. The Sentencing Commission made these amendments retroactive effective November 1, 2023. Defendants whose requests are granted by the courts can be released from

prison no earlier than February 1, 2024.

The defendant has not yet made a motion for reduction in his sentence. The Probation Department has issued a report indicating that the defendant is eligible for a reduction.

Pursuant to the standing order of the Chief Judge of this District, the Federal Defenders Office has been appointed to represent the defendant in this Court's consideration of whether the defendant's sentence should be modified in light of Amendment 821.

IT IS ORDERED that no later than July 8, 2024, the Government shall file a statement of its position on the modification of the defendant's sentence.

IT IS FURTHER ORDERED that the defendant shall file his response, if any, no later than July 22, 2024.

The Court's intention, unless it orders otherwise, is to resolve any forthcoming motion based on the parties' written submissions.

SO ORDERED.

Dated: June 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge