```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
:
UNITED STATES OF AMERICA       :
:
    -against-                :
:
**Abdi Hussein Ahmed**             :
:
:
:
------------------------------------------x

**ORDER**

1:19-cr-00338-GHW-4
_____
Docket #

__**Gregory H. Woods**_____ District Judge
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **Christopher Wright, Esq.**_____ is hereby ordered to assume representation of the defendant in the above captioned matter in connection with an application under Amendment 821.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**Dated:** August 5, 2024