

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2024

August 5, 2024

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Abdi Hussein Ahmad,* **S1 19 Cr. 338 (GHW)**

Dear Judge Woods:

      The Government respectfully requests an extension of time to respond to the Court's Order of June 28, 2024, directing the Government to file a statement of its position regarding whether the defendant's sentence should be modified in light of Amendment 821 to the United States Sentencing Guidelines. (ECF No. 251).

      Because the previously assigned Assistant United States Attorneys have left the U.S. Attorney's Office, no Government attorney received notice of the Court's Order of June 28, 2024, or the defendant's motion of July 2, 2024. (ECF No. 252). The undersigned counsel for the Government was just assigned to this matter. Accordingly, the Government requests additional time to obtain and review records, to consider the Government's position on the motion, and to draft its response. The Government respectfully requests leave to file its response on or before August 15, 2024 (*i.e.*, within ten days of today, the same amount of time that the Court originally granted the Government to respond).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Remy Grosbard
Remy Grosbard
Assistant United States Attorney
(212) 637-2446

Application granted. The deadline for the Government to file a statement of its position on the modification of the defendant's sentence is extended to August 15, 2024. The defendant's response is extended to August 29, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 255.

SO ORDERED.
Dated: August 7, 2024
New York, New York

/s/ Gregory H. Woods
GREGORY H. WOODS
United States District Judge

cc:    All Counsel of Record