```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   UNITED STATES OF AMERICA,                :
                                            :
                      -against-             :
                                            :
   ABDI HUSSEIN AHMED,                      :      1:19-cr-338-GHW-4
                                            :
                             Defendant.     :      ORDER
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2024

GREGORY H. WOODS, United States District Judge:

On May 11, 2023, the defendant was sentenced principally to a term of imprisonment of 48 months.

In a June 28, 2024 Order, prior to appointment of counsel to represent the defendant, the Court noted that the Probation Department had determined that the defendant appeared to be eligible for an adjustment of his sentencing guidelines range based on Amendment 821 to the Sentencing Guidelines.

On July 2, 2024, the defendant moved for a reduction of sentence. On July 15, 2024, the Government responded. On August 29, 2024, the defendant replied. The parties agree that the defendant is eligible for a sentence reduction under Amendment 821, and that his Guidelines range would now be 46 to 57 months, based on an offense level of 23 and a criminal history category of I. The parties agree that resentencing Mr. Ahmed within the new Guidelines range of 46 to 57 months is appropriate.

The Court finds that the defendant is eligible for a sentence reduction and adopts the above calculations as to the defendant's Guidelines range.

Having considered the record in this case and the parties' arguments, it is

ORDERED that the defendant's term of imprisonment is reduced to 46 months' imprisonment for each of Count 1 and Count 5, to run concurrently. All other components of the sentence remain as originally imposed.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 252.

SO ORDERED.

Dated: August 29, 2024
New York, New York

                                                GREGORY H. WOODS
                                                United States District Judge